```
                                                    FILED
                                                U.S. DISTRICT COURT
                                                DISTRICT OF KANSAS
            IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF KANSAS  SEP 24  P2 25
```

Fred Mitchell & Willis Moore )
Guardian and Conservator For )
Cari Mitchell )
(Enter above the full name of the Plaintiff(s))

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

vs.

Case Number: 13-CV-1360-RDR-KGG
To be Supplied by Court Clerks office

Deseret Health Care Facility )
Name
1600 S. Woodlawn )
Street and number
Wichita, KS.  67216 )
City        State    Zip Code
E.T.A.L.

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

   A.  Name of plaintiff Via Christi Hospitals Wichita, St. Francis
       Address  929 N. St. Francis, Wichita
       KS. 67214.  E.T.A.L.

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Via Christi Hospitals, (Corner Dept** is employed at **Via Christ Hospitals E.T.A.L.**

C. Additional Defendants _____

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **Kansas**.

2. The first-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of **Kansas**; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

_Via Christi Hop Hospital of Wichita, KS_
_St Francis_

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

_Plaintiff seeks compensatory ~~Pointo~~ monetary damages, and punitive monetary damages._

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [x]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [x] No [ ]

VII. Do you claim punitive monetary damages? Yes [x] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

_For the mental anguish, for the physical stress, and for the cost of funeral, burial of the deceased. The plaintiff in this case is seeking relief of for compensatory punitive monetary damages of $10,000,000.00 U.S American Currency._

4

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

__X__ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title _28_, Section _1357_.

__X__ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

__X__ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_28 U.S.C. § 1357_

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The plaintiff, deceased Carl Mitchell, and guardian Fred Mitchell & Willis Moore. Face this (claim of reckless indifference, against Deseret Health Care Facility). (re 2).
See attachments (pg. 1 & 2) & 3

3

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X] No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Dates Not/Applicable, but will be provide Soon. Kansas Dept for Aging & Disabilty Services, the Result Were inconclousive.

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

_____ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

__X__ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Fred L Mitchell*
Signature of Plaintiff

FRED L Mitchell
Name (Print or Type)

5

3451 Munger
Address

Wichita    KS    67210
City       State    Zip Code

(316) 806-4745
Telephone Number

### DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☒Wichita, ☐Kansas City   or   ☐Topeka , Kansas as the location for the
(check one location)
trial in this matter.

Fred Mitchell
Signature of Plaintiff

### REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury  ☒yes  ☐no .
(check one)

Fred Mitchell
Signature of Plaintiff

Dated: _____
(Rev. 8/07)

6

Claim Against Deseret Health Care Facility, : Reckless Indifference, And A Breach of Duty to Exercise a reasonable Standard of Care.

1. On or about the date Aug 26, 2011, The deceased Carl Mitchell was amitted into the Care of Deseret Health Care Facility, On or about date 9-26-2011, Carl Mitchell was found Sitting on his Stool in his room at Deseret Health Care Facility. Carl Mitchell was taken from Deseret Health Care Facility, by E.M.S. to Via Christy St. Francis when he was legal pronounced died.

2. During the time Carl Mitchell was a patient there at Deseret Health Care Facility, Carl Mitchell the deceased had fallen on the floor 4 to 5 times while he was under Care of the defendant.

3. The defendant left Carl Mitchell unattended unattended Numerous time while he attempted to get to and from his restroom. The defendant Deseret Health Care Facility failed to provide to Carl Mitchell the deceased with a room handicap accessable. The deceased suffered from leg amputation.

(pg 1)

4. The Defendant Deseret Health Care Facility did not provide any care or services, to compensate for activities of daily living limitations, due to the deceased Carl Mitchell profound mental retardation, and other mental illness.

5. ~~Deceased~~ The defendant Deseret Health Care Facility lacked in the Skilled Nursery, Special mental health services to aid and assist the plaintiff, and deceased Carl Mitchell in daily living limitations.

6. Due to the defendants lack of skilled Nursing Service, and its failure to provide a daily living limitations, and by not providing handicap acessability for the decease created a very, very, high at risk level of both physical, and mental stress, upon the deceased.

7. Defendant failed to provide a daily living plan to accommodate the deceased both mental retardation, and his mental health conditions. A daily living plan, could limited the deceased physical, mental stress level, and could have prevent the numerous falls, the plaintiff endured while a resident, at Deseret H.C.F. (pg. 2)

(Pg. 3)

Claim 2: Via Christi Hospital of Wichita, INC. (Corner's Dept. of Via Christi St. Francis, Wichita KS, Discrimination:

1. The plaintiff, the deceased Carl Mitchell was amitted into Via Christi St. Francis on or about the date of 9-26-2011. According to the inital reports, the plaintiff, and deceased was Code Blue. The defendant Via Christi-Corner's dept. Failed to provide the deceased family, and or Next-of-Kin, a full medical report of the actual cause of death.

2. The defendant and it's medical staff refused to address the cause of death, after it was requested by the deceased family. To avoid such request, clearly was a denial of the plaitiff civil, or equal rights. The plaintiff was treated for heart related issues, but the E.M.S. report shows that this was not what caused the condition in which the plaintiff Carl Mitchell died from.

3. The family of the deceased had rights to be equally and fairly treated, as any one else admitted under the deceased conditions. →

They (The family of the deceased) was denied this right to know the actual causes of their brother's Carl Mitchell death.