IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

13 OCT 15 P2 :10

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

FRED MITCHELL,

VS.                                    Case No. 13-1360-RDR-KGG

DESERET HEALTH CARE

FACILITY,

## VOLUNTARY DISMISSAL

## WITHOUT PREJUDICE

COMES **NOW,** Plaintiff Fred Mitchell and voluntary dismissal his complaint against Defendant without prejudice. So it can be refilled in this or any other court which has appropriate jurisdiction. In support of the dismissal, plaintiff states as follows:

1. Plaintiff timely filed a petition for relief against defendant in this case.

2. Plaintiff has obtained service on defendant Deseret Health Care Facility. On Oct. 2, 2013.

3. Defendant has not filed a motion answer, or any response dealing in the case.

4. Plaintiff seeks to voluntaly dismiss without prejudice in this action.

5. Plaintiff would request that, if granted jurisdiction in this court that plaintiff be granted an extenstion to prepare a meom. of law which he would support his claim, and arguments with facts and legal authority.

## CERTIFICATE OF SERVICE

I Fred Mitchell that on Oct. 14 2013, Did deliver a true and correct copy of the above motion to the United States District Court For The District Of Kansas Wichita KS. 67202.

Respectfully Submitted,

*Fred Mitchell*